

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| William Eggemeyer, Diane Eggemeyer, Bo Eggemeyer, and Sharyland Distribution & Transmission Services, LLC | § | No. 08-19-00002-CR |
|  | § | Appeal from the |
| Appellants, | § | 112th District Court |
| v. | § | of Reagan County, Texas |
| Charles Jackson Hughes, | § | (TC# 1855) |
| Appellee. | § | |

**O R D E R**

The Court GRANTS Corina Lozano's request for an extension of time within which to file the Reporter's Record until **August 21, 2019.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Corina Lozano, Court Reporter for the 112th District Court for Reagan County, Texas, prepare the Reporter's Record and forward the same to this Court on or before August 21, 2019.

If the Reporter's Record is not filed with this Court by August 21, 2019, this Court will find it necessary to send this case back to the trial court for a hearing as to why the Reporter's Record has not been filed.

IT IS SO ORDERED this 15th day of August, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.